UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __9/29/2023__

K. M., on behalf of herself and all others similarly
situated,

                            Plaintiff,

        -v-

NORTHWELL HEALTH, INC.,

                         Defendant.

------------------------------------------------------------------------X

23-cv-8407 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

       Plaintiff K. M. filed an anonymous Complaint, Dkt. No. 1, without leave of the Court to do so. Plaintiff is directed to file a letter motion by Friday, October 8, 2023, explaining why she should be permitted to proceed anonymously. *See Doe v. Brisam Clinton LLC*, 2023 WL 3505523 (S.D.N.Y. May 17, 2023); *Doe v. N.Y.C. Hous. Auth.*, 2022 WL 2072570 (S.D.N.Y. June 9, 2022). A summons shall not issue in this case until the Court has ruled on that letter motion.

       SO ORDERED.

Dated: September 29, 2023
       New York, New York

                                     LEWIS J. LIMAN
                             United States District Judge