UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KATHYANN MCLENDON, on behalf of herself and all others similarly situated,

    Plaintiff,

v.

NORTHWELL HEALTH, INC.,

    Defendant.

---

1:23-cv-08407-LJL

NOTICE OF UNOPPOSED MOTION TO TRANSFER VENUE

*The unopposed motion is GRANTED and the Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. 1404(a).*

DATE: January 11, 2024

SO ORDERED.

/s/ Lewis J. Liman
LEWIS J. LIMAN
United States District Judge

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, Defendant Northwell Health, Inc., by its undersigned attorneys and without opposition from Plaintiff Mclendon, will move this Court, before the Honorable Lewis J. Liman, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, at a date and time to be set by the Court, for an Order pursuant to 28 U.S.C. § 1404(a) transferring venue to the Eastern District of New York, and for such other and further relief as this Court deems just and proper.

Dated: January 10, 2024

By: /s/ Christopher P. Conniff
Christopher P. Conniff
Matt Corriel
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Christopher.Conniff@ropesgray.com
Matt.Corriel@ropesgray.com

Kathryn E. Caldwell
*(Pro Hac Vice application pending)*
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Tel: 617-951-7000
Kathryn.Caldwell@ropesgray.com

*Counsel for Defendant*
*Northwell Health, Inc.*

Case 1:24-cv-00267-DLI-SJB   Document 24   Filed 01/11/24   Page 2 of 2 PageID #: 351